# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to Cases Listed on Exhibits A and B | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

The Court has entered multiple orders dismissing with prejudice cases brought by Claimants who have been issued payment by the Settlement Administrator, BrownGreer, on a Settlement Award under the Master Settlement Agreement ("MSA") and Allocation Methodology. *See, e.g.*, ECF No. 4089. BrownGreer has reported to the Court that the additional Claimants identified on Exhibit A to this Order are Registered Expedited Payment Program ("EPP") Claimants in the Settlement Program who now have been issued payment on a Settlement Award, or BrownGreer has taken all steps necessary to issue payment of the Settlement Award allocated to the Claimant. Additionally, the Claimants identified on Exhibit B to this Order are Registered Deferred Payment Program ("DPP") Claimants in the Settlement Program who now have been issued a DPP Registration Payment. These Claimants were required to submit a stipulated Dismissal with Prejudice of their pending case to BrownGreer in accordance with Section 5.2.4 of the MSA. In turn,

BrownGreer was required to provide the executed Releases to Defendants pursuant to Section 5.13 of the MSA. These actions have been completed and, thus, the cases on Exhibits A and B are due to be dismissed.

Accordingly, it is **ORDERED** that:

1.     The Claimants' cases identified on Exhibits A and B are hereby **DISMISSED WITH PREJUDICE** pursuant to the terms of the MSA; however, the dismissals do not impact Claimants' rights to receive any future Settlement Award payment(s) for which they are eligible under the MSA.

2.     The Clerk is directed to enter a copy of this Order on the main docket, at which point the dismissal is effective as to the cases on Exhibits A and B. The Clerk also is directed to enter a copy of this Order without the Exhibits attached on the individual dockets of these cases and close the cases in their entirety for all purposes. The presence of this Order in the individual docket of a case reflects that the plaintiff(s) and such case were identified on the Exhibits to this Order.

**SO ORDERED**, on this 26th day of November, 2024.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**